**David R. Boyajian,** OSB #112582
Email: dboyajian@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Plaintiff Langlois Enterprises, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LANGLOIS ENTERPRISES LTD.,** | No. 3:24-cv-00921 |
| Plaintiffs, | |
| vs. | ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |
| **M/V GLORY, IMO No. 9288473, her engines, tackle, appurtenances, etc.,** *in rem*, **and PRIMERA SHIPPING INCORPORATED, as Owners of the M/V GLORY**, | |
| Defendants. | |

Having reviewed and considered the Motion for Issuance of Process of Maritime Attachment and Garnishment of Plaintiff, LANGLOIS ENTERPRISES, LTD., and Plaintiff's Verified Complaint, together with the Attorney Declaration that Defendant cannot be found in the District, and finding that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

Page 1 -     ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

ORDERS the Clerk to issue Process of Maritime Attachment and Garnishment as prayed for in the Verified Complaint against all property, tangible or intangible, belonging to Defendants Primera Shipping Incorporated, to wit: the M/V GLORY, IMO Number 9288473, as well as any tangible or intangible personal property in the possession, custody or control of the Master of the M/V GLORY belonging to Defendant which is currently located within the District of Oregon, in an amount up to USD 3,300,000.00 pursuant to Supplemental Rule B; and

ORDERS that the Clerk of the Court shall issue further, supplementary writs of maritime attachment and garnishment, on request of the Plaintiff and without further Order of the Court; and

ORDERS that the United States Marshal and/or any Substitute Custodian, which is subsequently appointed by this Court, is authorized to allow the M/V GLORY to conduct normal cargo operations, both discharging and loading, repair works, and to shift berths (consistent with the U.S. Marshal's requirements), always remaining within this judicial district, and always at the risk and expense of the vessel's interests; and

ORDERS that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

ORDERS that the U.S. Marshal is released and held harmless for any and all costs, fees, liabilities, or other expenses in any way arising out of the attachment of the M/V GLORY; and

ORDERS that the charges and expenses incurred by the U.S. Marshal shall be deemed in custodia legis, and will be paid from the proceeds of the sale of any attached property unless otherwise agreed. If a written objection is timely filed, payment of the disputed charges only shall be made after the objection is resolved by agreement of the parties or by Court Order. Payment of the undisputed charges shall not be affected; and

Page 2 -    ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

142812\285839\COL\45795005.1

ORDERS that any property of the Defendants, specifically the M/V GLORY, as well as any tangible or intangible property of Defendants in the possession of the Master, onboard the M/V GLORY, and/or in possession of the Vessel's steamship agents, may be released from attachment without further order of this Court, if the U.S. Marshal receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and Plaintiff shall hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, from any and all claims arising from the attachment and release of the vessel as is herein specifically provided; and,

ORDERS that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted;.

DATED this _____ day of June, 2024.


_____
UNITED STATES DISTRICT JUDGE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

142812\285839\COL\45795005.1

Submitted by:

SCHWABE, WILLIAMSON & WYATT, P.C.


By: *s/ David R. Boyajian*
      David R. Boyajian, OSB #112582
      dboyajian@schwabe.com
      Telephone: 503.222.9981
      Facsimile: 503.796.2900
      Attorneys for Plaintiff Langlois Enterprises, Ltd.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

142812\285839\COL\45795005.1