**David R. Boyajian,** OSB #112582
Email: dboyajian@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Plaintiff Langlois Enterprises, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LANGLOIS ENTERPRISES LTD.**, <br><br> Plaintiffs, <br><br> vs. <br><br> **M/V GLORY, IMO No. 9288473, her engines, tackle, appurtenances, etc.,** *in rem*, **and PRIMERA SHIPPING INCORPORATED, as Owners of the M/V GLORY**, <br><br> Defendants | No. 3:24-cv-00921 <br><br> MOTION TO ALLOW VESSEL TO LOAD OR DISCHARGE CARGO, BURN FUEL, COMPLETE REPAIRS, AND MOVE WITHIN THE PORT |

Plaintiff Langlois Enterprises Ltd., upon suggesting to the Court that pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims a Warrant of Arrest has been issued commanding the U.S. Marshal to arrest the M/V GLORY and in the interest of allowing the vessel to shift within the district and to conduct cargo or perform repairs, Plaintiff seeks to have

Page 1 -   MOTION TO ALLOW VESSEL TO LOAD OR DISCHARGE CARGO, BURN FUEL, COMPLETE REPAIRS, AND MOVE WITHIN THE PORT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

142812\285839\COL\45789012.1

this Court issue an order allowing the vessel to move within the district and to conduct cargo operations or perform repairs.

Dated this 10th day of June, 2024.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ David R. Boyajian*
David R. Boyajian, OSB #112582
dboyajian@schwabe.com
Telephone: 503.222.9981
Facsimile: 503.796.2900
Attorneys for Plaintiff Langlois Enterprises, Ltd

Page 2 -   MOTION TO ALLOW VESSEL TO LOAD OR DISCHARGE CARGO, BURN FUEL, COMPLETE REPAIRS, AND MOVE WITHIN THE PORT

142812\285839\COL\45789012.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900