**David R. Boyajian,** OSB #112582
Email:  dboyajian@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Plaintiff Langlois Enterprises, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LANGLOIS ENTERPRISES LTD.**, <br><br>Plaintiffs, <br><br>vs. <br><br>**M/V GLORY, IMO No. 9288473, her engines, tackle, appurtenances, etc.,** *in rem*, **and PRIMERA SHIPPING INCORPORATED, as Owners of the M/V GLORY**, <br><br>Defendants. | No. 3:24-cv-00921 <br><br>ORDER |

The Court having considered the Motion to Allow Vessel to Load or Discharge Cargo, Burn Fuel, Complete Repairs, and Move Within the Port filed by Plaintiff Langlois Enterprises Ltd., now, therefore,

IT IS HEREBY ORDERED that the M/V GLORY be allowed to move within the district and to conduct cargo operations.

Page 1 -    ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

142812\285839\COL\45788996.1

IT IS FURTHER ORDERED that despite the Plaintiff's agreement to allow the M/V GLORY to shift, conduct cargo operations, or perform repairs, the Court will retain jurisdiction over this matter and will maintain the seizure of all property of the Defendant as of the time of the original arrest.

DATED this _____ day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ David R. Boyajian*
David R. Boyajian, OSB #112582
dboyajian@schwabe.com
Telephone: 503.222.9981
Facsimile: 503.796.2900
Attorneys for Plaintiff Langlois Enterprises, Ltd.

Page 2 -    ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

142812\285839\COL\45788996.1